[dntcclm][Notice of Claim(s) filed by Debtor/Trustee]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                                              Case No. 2:25−bk−01031−FMD
                                                                                    Chapter 13

Humberto D Taveras Jr
aka Humberto De Jesus Taveras Jr

Shaneise Morales
aka Shaneise Marie Morales
aka Shaneise M Morales
_____Debtor*_____/

### NOTICE OF CLAIM(S) FILED BY DEBTOR/TRUSTEE

TO:

Timber Creek Property Owners
4654 State RD 64 E BOX 503
Bradenton, FL 34208

   Notice is given pursuant to Fed. R. Bankr. P. 3004 that the Debtor filed a claim on your behalf in the above captioned matter on September 06, 2025, in the amount of $8,461.70.  The filing of a proof of claim by you, according to Fed. R. Bankr. P. 3002(c) or 3003(c), shall supersede the proof of claim filed by the Debtor(s)/Trustee.


        Dated on September 10, 2025.


                        FOR THE COURT
                        Jose A Rodriguez, Clerk of Court
                        Sam M. Gibbons United States
                        Courthouse
                        801 North Florida Avenue
                        Suite 555
                        Tampa, FL 33602−3899


*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.