UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| IN RE: | CASE NO: 2:25-01031-FMR |
|---|---|
| HUMBERTO D TAVERAS JR<br>SHANEISE MORALES | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 35 |

On 4/24/2026, I did cause a copy of the following documents, described below,

Order Confirming Plan ECF Docket Reference No. 35

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/24/2026

/s/ Daryl J. Smith
Daryl J. Smith

Chapter 13 Trustee
PO Box 25001
Bradenton, FL 34206-5001
941-747-4117
cos@tampa13.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE:

HUMBERTO D TAVERAS JR
SHANEISE MORALES

CASE NO: 2:25-01031-FMR

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 35

On 4/24/2026, a copy of the following documents, described below,

Order Confirming Plan ECF Docket Reference No. 35

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/24/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daryl J. Smith
Chapter 13 Trustee
PO Box 25001
Bradenton, FL  34206-5001

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 225-01031-FMR
MIDDLE DISTRICT OF FLORIDA
FRI APR 24 10-27-44 PST 2026

FREEDOM MORTGAGE CORPORATION
11988 EXIT 5 PKWY
BLDG 4
FISHERS  IN 46037-8022

PRA  RECEIVABLES MANAGEMENT LLC
POB 41067
NORFOLK  VA 23541-1067

EXCLUDE

RESURGENT RECEIVABLES LLC
PO BOX 10587
GREENVILLE  SC 29603-0587

UNITED STATES TRUSTEE  FTM713 7
TIMBERLAKE ANNEX  SUITE 1200
501 E POLK STREET
TAMPA  FL 33602 3949

UPSTART NETWORK  INC
CO PERITUS PORTFOLIO SERVICES II  LLC
PO BOX 1149
GRAPEVINE  TX 76099-1149

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST  FL 12
SAN FRANCISCO  CA 94108-2716

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

(P)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981535
EL PASO  TX 79998-1535

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA  FL 33634-2413

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON  DE 19899-8801

BEST EGG
ATTN BANKRUTCY DEPT
PO BOX 42912
PHILADELPHIA  PA 19101-2912

CAPITAL ONE  NA  SUCCESSOR BY MERGER TO DI
PO BOX 3025
NEW ALBANY  OH 43054-3025

CHEX SYSTEMS  INC
ATTN BANKRUPTCY DEPARTMENT
PO BOX 583399
MINNEAPOLIS  MN 55458-3399

CHILD SUPPORT ENFORCEMENT
PO BOX 8030
TALLAHASSEE  FL 32314-8030

CITI CARDBEST BUY
ATTN CITICORP CR SRVS CENTRALIZED BANKR
PO BOX 790040
ST LOUIS  MO 63179-0040

CITIBANK
ATTN BANKRUPTCY DEPARTMENT
POBOX 790046
ST LOUIS  MO 63179-0046

CITIBANKBEST BUY
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790046
ST LOUIS  MO 63179-0046

CITIBANKTHE HOME DEPOT
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790046
ST LOUIS  MO 63179-0046

COMENITY BANKANN TAYLOR
ATTN BANKRUPTCY DEPARTMENT
PO BOX 182125
COLUMBUS  OH 43218-2125

COMENITY BANKKAY JEWELERS
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS  OH 43218-2125

DENTONS COHEN  GRIGSBY PC
MERCATO  SUITE 6200  9110 STRADA PLACE
NAPLES  FL 34108-2396

DEPARTMENT OF REVENUE
PO BOX 6668
TALLAHASSEE  FL 32314-6668

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

DEPT OF EDUCATIONNELN
PO BOX 82561
LINCOLN  NE 68501-2561

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY  OH 43054-3025

(P)EQUIFAX INC
1550 PEACHTREE STREET NE
ATLANTA GA 30309

EXPERIAN
ATTN BANKRUPTCY DEPT
PO BOX 2002
ALLEN TX 75013-2002

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE FL 32399-0110

FORTIVA
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA GA 30348-5555

FREEDOM MORTGAGE  ATTN BANKRUPTCY DEPARTME
11988 EXIT 5 PKWY  BLDG 4
FISHERS IN 46037-8022

FREEDOM MORTGAGE CORPORATION
ATTN BANKRUPTCY
907 PLEASANT VALLEY AVE
STE 3
MT LAUREL NJ 08054-1210

(P)U S ATTORNEYS OFFICE
99 NE 4TH STREET SUITE 300
MIAMI FL 33132-2131

HONORABLE MERRICK GARLAND
ATTORNEY GENERAL
DEPT OF JUSTICE 4400
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

HYUNDAI LEASE TITLING TRUST
PO BOX 20825
FOUNTAIN VALLEY CA 92728-0825

IBERIABANK MORTGAGE
ATTN BANKRUPTCY
200 WEST CONGRESS ST
LAFAYETTE LA 70501-6873

IRS CENTRALIZED BANKRUPTCY DEPARTMENT
PO BOX 7346
PHILADELPHIA PA 19101-7346

ICON MANAGEMENT SERVICES INC
ATTN BANKRUPTCY DEPT
4654 STATE RD 64 E BOX 503
BRADENTON FL 34208-9029

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KIA MOTORS FINANCE
ATTN BANKRUPTCY
PO BOX 20825
FOUNTAIN VALLEY CA 92728-0825

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LENDING CLUB
ATTN BANKRUPTCY
595 MARKET STREET  SUITE 200
SAN FRANCISCO CA 94105-5839

LENDINGCLUB BANK NA
PO BOX 884268
LOS ANGELES CA 90088-4268

LENNAR MORTGAGE
ATTN BANKRUPTCY DEPARTMENT
5505 WATERFORD DISTRICT DR  SUITE 502
MIAMI FL 33126-2029

LINCOLN AUTOMOTIVE FINANCE
ATTN BANKRUPTCY
PO BOX 542000
OMAHA NE 68154-8000

LVNV FUNDINGRESURGENT CAPITAL
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603-0497

NELNET
ATTN CLAIMS
PO BOX 82505
LINCOLN NE 68501-2505

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PENNYMAC LOAN SERVICES LLC
ATTN CORRESPONDENCE UNIT
PO BOX 514387
LOS ANGELES CA 90051-4387

EXCLUDE

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(P)PROSPER MARKETPLACE INC
221 MAIN STREET STE 300
SAN FRANCISCO CA 94105-1909

EXCLUDE

RESURGENT CAPITAL SERVICES AS SERVICING AGEN
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

(D)RESURGENT RECEIVABLES LLC
PO BOX 10587
GREENVILLE  SC 29603-0587

RESURGENT RECEIVABLES  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)SOUTH BROWARD HOSPITAL DISTRICT
ATTN DBA MEMORIAL HEALTHCARE SYSTEM
3111 STIRLING RD
CO LEGAL DEPARTMENT
HOLLYWOOD FL 33312-6566

SUNCOAST CU
ATTN BANKRUPTCY
PO BOX 11904
TAMPA  FL 33680-1904

SYNCBCARE CREDIT
ATTN BANKRUPTCY
PO BOX 965065
ORLANDO  FL 32896-5065

SYNCBCITY FURNITURE
ATTN BANKRUPTCY DEPARTMENT
PO BOX 182125
COLUMBUS  OH 43218-2125

SYNCBCAR CARE PEP B
ATTN BANKRUPTCY DEPARTMENT
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY DEPT
PO BOX 965065
ORLANDO  FL 32896-5065

SYNCHRONY BANKGAP
ATTN BANKRUPTCY
POB 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANKHHGREGG
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

TARGET NB
CO FINANCIAL  RETAIL SERVICES
MAILSTOP BT PO BOX 9475
MINNEAPOLIS  MN 55440-9475

TD RETAIL CARDASHLEY FURNITURE
ATTN BANKRUPTCY
PO BOX 731
MAHWAH  NJ 07430-0731

TIMBER CREEK PROPERTY OWNERS
4654 STATE RD 64 E BOX 503
BRADENTON  FL 34208-9029

TOWN CENTER AT TIMBER CREEK
PO BOX 748677
ATLANTA  GA 30374-8677

TRANSUNION
ATTN BANKRUPTCY DEPT
PO BOX 2000
CHESTER  PA 19016-2000

US DEPARTMENT OF EDUCATION CO NELNET
121 SOUTH 13TH STREET
LINCOLN  NE 68508-1911

(P)US DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT
ATTN ROBERT ZAYAC
40 MARIETTA ST SUITE 300
ATLANTA GA 30303-2812

EXCLUDE

(P)UPLIFT  INC
2 N CENTRAL AVE FL 10
PHOENIX AZ 85004-4422

UPSTART NETWORK INC
PO BOX 1503
SAN CARLOS  CA 94070-7503

(D)UPSTART NETWORK  INC
CO PERITUS PORTFOLIO SERVICES II  LLC
PO BOX 1149
GRAPEVINE TX 76099-1149

EXCLUDE

DEBTOR

WELLS FARGO BANK  NA
ATTN BANKRUPTCY
1 HOME CAMPUS MAC X2303-01A 3RD FLOOR
DES MOINES  IA 50328-0001

DARYL SMITH
DARYL J SMITH  STANDING CHAPTER 13 TRUS
PO BOX 25001
BRADENTON  FL 34206-5001

HUMBERTO D TAVERAS JR
14033 WINDING CEDAR WAY
FORT MYERS  FL 33913-9466

JOSE A BLANCO
JOSE A BLANCO  PA
102 EAST 49TH STREET
HIALEAH  FL 33013-1853

SHANEISE MORALES
14033 WINDING CEDAR WAY
FORT MYERS  FL 33913-9466