UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:    Humberto D Taveras, Jr                                    Case No.: 2:25-bk-01031-FMR
          Shaneise Morales                                         Chapter 13
                    Debtorss                          /

## MOTION TO MODIFY CHAPTER 13 PLAN

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

**If you object to the relief requested in this paper you must file a response
with the Clerk of Court at United States Courthouse, 801 North Florida Avenue,
Suite 555, Tampa, FL 33602 within 21 days from the date of the attached proof of
service, plus an additional three days if this paper was served on any party by U.S.
Mail. If you file and serve a response within the time permitted, the Court will
either notify you of a hearing date or the Court will consider the response and grant
or deny the relief requested in this paper without a hearing. If you do not file a
response within the time permitted, the Court will consider that you do not oppose
the relief requested in the paper, and the Court may grant or deny the relief
requested without further notice or hearing. You should read these papers carefully
and discuss them with your attorney if you have one. If the paper is an objection to
your claim in this bankruptcy case, your claim may be reduced, modified, or
eliminated if you do not timely file and serve a response.**

---

COME NOW, the Debtors, Humberto D Taveras, Jr and Shaneise Morales, by

and through the undersigned counsel and file this Motion to Modify Chapter 13 Plan

under 11 U.S.C. § 1329 and as grounds states as follows:

1.      On May 31, 2025, the instant case was filed.

2.      On April 23, 2026, Debtors' Chapter 13 plan was confirmed by Order

        Confirming Chapter 13 Plan.

3.      In the Confirmation Order, the Debtors were paying Timber Creek

        Property Owners Association ("POA") arrearages and regular payments in

        the plan POC#19 and Town Center at Timber Creek ("Town Center")

        directly and outside the plan as they were current with said creditor.

4. The Debtors received a notice that the Town Center assessments are now a part of the POA assessments.

5. This indicates that the property where the Debtors live (the Villas) has a POA monthly payment of $712.58 per month and the Town Center has a monthly payment of $694.04 for a total regular payment of $1,406.62.

6. This combined bill now forms *one single creditor* within which the Debtors wish to have paid through the plan in order to obtain the full protection of the bankruptcy code.

7. The Debtors also wish to continue to pay the arrearage as stated in POC#19 in their plan.

8. The Debtors wish to modify their plan in order to account for this new unexpected change and pay the association one single payment through the plan.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting the Motion; modifying the Plan as requested herein, and granting such further relief as the Court deems appropriate.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Middle District of Florida and I am in compliance with the additional qualifications to practice in this Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ECF to Daryl Smith, Trustee and by U.S. first class mail to Debtors and to all

persons listed on the Court's mailing matrix that are not receiving notice by CM/ECF on

May 19, 2026.

Respectfully submitted:            **Jose A. Blanco, P.A.**
May 19, 2026                       By: */s/ Jose A. Blanco* | FBN: 062449
                                   Attorney for Debtors(s)
                                   102 E 49th ST
                                   Hialeah, FL 33013,
                                   Tel. (305) 349-3463
                                   E-mail: jose@blancopa.com